```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 38745
   OMAR DANIELS SR
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-7602


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/20/2005 and was confirmed 11/10/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  28.37%.

     The case was paid in full 10/16/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                 PAID           PAID
------------------------------------------------------------------------------
NUVELL CREDIT CO LLC      SECURED NOT I         .00               .00              .00
WELLS FARGO BANK          CURRENT MORTG    52244.00               .00         52244.00
WELLS FARGO BANK          MORTGAGE ARRE    11406.15               .00         11406.15
WELLS FARGO BANK          NOTICE ONLY      NOT FILED              .00              .00
WELLS FARGO BANK          NOTICE ONLY      NOT FILED              .00              .00
ECMC                      UNSECURED        22977.42               .00          6067.68
CAPITAL ONE BANK          UNSECURED          373.55               .00            94.49
DEVRY INSTITUTE           UNSECURED       NOT FILED               .00              .00
FINANCIAL ASSET MANAGEME  UNSECURED       NOT FILED               .00              .00
FRIEDMAN & WEXLER         UNSECURED       NOT FILED               .00              .00
GEORGE E MORRIS DDS       UNSECURED          259.84               .00            65.73
LINEBARGER GOGGAN BLAIR   UNSECURED       NOT FILED               .00              .00
NICOR GAS                 UNSECURED         1808.13               .00           477.47
NUVELL CREDIT CO LLC      UNSECURED        22237.64               .00          5872.34
RETRIEVAL MASTERS CRED B  UNSECURED       NOT FILED               .00              .00
ECAST SETTLEMENT CORP     UNSECURED         3702.94               .00           977.85
US CELLULAR               UNSECURED       NOT FILED               .00              .00
US CELLULAR               NOTICE ONLY     NOT FILED               .00              .00
ECMC                      UNSECURED         2926.18               .00           772.72
CITY OF CHICAGO PARKING   UNSECURED          100.00               .00            16.80
PETER FRANCIS GERACI      DEBTOR ATTY       2,700.00                          2,700.00
TOM VAUGHN                TRUSTEE                                             5,322.46
DEBTOR REFUND             REFUND                                              1,775.78

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   87,793.47

PRIORITY                                            .00
SECURED                                       63,650.15
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 38745 OMAR DANIELS SR

```
UNSECURED                                              14,345.08
ADMINISTRATIVE                                          2,700.00
TRUSTEE COMPENSATION                                    5,322.46
DEBTOR REFUND                                           1,775.78
                                  ----------------    ----------------
TOTALS                                 87,793.47           87,793.47
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/28/09                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```